CLERK'S OFFICE U.S. DIST. COURT
AT DANVILLE, VA
FILED
for Roanoke
JAN - 3 2008
JOHN F. CORCORAN, CLERK
BY: /s/
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | |
|---|---|
| ERNEST TERRELL WOODRUFF, JR., )<br>    Petitioner, ) | Civil Action No. 7:07-cv-00588 |
| ) | |
| ) | **FINAL ORDER** |
| v. ) | |
| ) | |
| UNITED STATES, ) | By: Hon. Jackson L. Kiser |
|     Respondent. ) | Senior United States District Judge |

In accordance with the accompanying Memorandum Opinion, it is hereby

**ADJUDGED AND ORDERED**

petitioner's petition for writ of habeas corpus, pursuant to 28 U.S.C. § 2241, is hereby **DENIED** and **DISMISSED**. The action is hereby stricken from the active docket of the court, and any pending motions are hereby **DENIED as MOOT**.

The Clerk is directed to send certified copies of this Order and the accompanying Memorandum Opinion to petitioner and to counsel of record for the respondent.

ENTER: This 3rd day of January, 2008.

/s/ Jackson L. Kiser
Senior United States District Judge